1 Scott J. Ferrell, State Bar No. 202091
2 Melinda Evans, State Bar No. 216594
  CALL, JENSEN & FERRELL
3 A Professional Corporation
  610 Newport Center Drive, Suite 700
4 Newport Beach, CA 92660
5 (949) 717-3000

6 Attorneys for Defendant Public Storage, Inc.

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN OF CALIFORNIA

10

| | |
|---|---|
| DAVID SINGLETARY, | Case No. CV 09 1240 |
| Plaintiff, | **DEFENDANT'S DEMAND FOR JURY TRIAL** |
| vs. | |
| PUBLIC STORAGE; AND DOES 1 THROUGH 10, Inclusive, | |
| Defendants. | |

Complaint Filed: November 10, 2008
Trial Date: None Set

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  Defendant Public Storage, Inc., hereby demands a jury pursuant to Federal Rule
2  of Civil Procedure 38(b) on all issues raised in the complaint of Plaintiff David
3  Singletary.

4

5  Dated: March 20, 2009

    CALL, JENSEN & FERRELL
    A Professional Corporation
    Scott J. Ferrell
    Melinda Evans

    By: *(signature)*
    Melinda Evans

    Attorneys for Defendant Public Storage, Inc.

# PROOF OF SERVICE
(United States District Court)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On March 20, 2009, I have served the foregoing document described as **DEFENDANT'S DEMAND FOR JURY TRIAL** on the following person(s) in the manner(s) indicated below:

Theodore A. Pinnock, Esq.  **Attorneys for**
David C. Wakefield, Esq.
Pinnock & Wakefield, APC  **Plaintiff David Singletary**
7851 Mission Center Court, Suite 310
San Diego, CA 92108
Tel: 619.858.3671
Fax: 619.858.3646

[ x ] (BY MAIL) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ x ] (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on March 20, 2009, at Newport Beach, California.

Nadja Judin