Scott J. Ferrell, State Bar No. 202091
Melinda Evans, State Bar No. 216594
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000

Attorneys for Defendant Public Storage, Inc.

Theodore A. Pinnock, State Bar No. 153434
David C. Wakefield, State Bar No. 185736
PINNOCK & WAKEFIELD, APC
7851 Mission Center Court, Suite 310
San Diego, CA 92108
(619) 858-3671

Attorneys for Plaintiff David Singletary

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

| | |
|---|---|
| DAVID SINGLETARY,<br><br>Plaintiff,<br><br>vs.<br><br>PUBLIC STORAGE; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. C 09-01240 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF DAVID SINGLETARY'S COMPLAINT WITH PREJUDICE**<br><br>**Honorable Joseph C. Spero**<br><br>Complaint Filed: November 10, 2008<br>Trial Date: None Set |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff David Singletary and defendant Public Storage, by and through their counsel of record,

respectfully submit this stipulation for the dismissal with prejudice of the current action, with each side to bear its own costs and fees. THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Dismissal With Prejudice:</u> Plaintiff David Singletary hereby dismisses with prejudice his complaint in the current action, Case No. C 09-01240 JCS.

2. <u>Costs:</u> David Singletary and Public Storage shall each bear their own costs and fees incurred in the prosecution or defense of Case No. C 09-01240 JCS.

Dated: July 20, 2009

CALL, JENSEN & FERRELL
A Professional Corporation
Scott J. Ferrell
Melinda Evans

By: /S/ _____
    Melinda Evans

Attorneys for Defendant Public Storage

PINNOCK & WAKEFIELD, APC
Theodore A. Pinnock
David C. Wakefield

By: /S/ _____
    Theodore A. Pinnock

Attorneys for Plaintiff David Singletary

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___July 27___, 2009  _____
Honorable Joseph C. Spero
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*